UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST ACCESS SYSTEMS RETIREMENT SAVINGS PLAN, and STANLEY SECURITY SOLUTIONS, INC.,<br><br>   Interpleader Plaintiffs,<br><br>   v.<br><br>BONNIE McNAB (a/k/a Bonnie Cosby and Bonnie Shipman), CLARENCE TRENNEPOHL, JOANNE TRENNEPOHL, and THE ESTATE OF STEPHEN TRENNEPOHL,<br><br>   Interpleader Defendants. | CAUSE NO.: 1:05-CV-1828-SEB-VSS |

## ORDER ENTERING FINAL JUDGMENT AND PERMANENTLY ENJOINING INTERPLEADER DEFENDANTS

This matter comes before the Court on the Agreed Motion For Final Judgment and Permanent Injunction filed by the parties. Having considered the matter, and being duly advised, the Court now GRANTS the Agreed Motion For Final Judgment and Permanent Injunction. Accordingly, the Court declares that Interpleader Defendant Bonnie McNab is the proper recipient of $11,250 of the funds in Account held in the name of Stephen Trennepohl under the Stanley Account Value Plan, successor to the Best Access Systems Retirement Savings Plan (the "Plan"), and that Clarence Trennepohl and JoAnne Trennepohl are each the proper recipients of one-half of the remaining balance of the funds in the Account. The Plan is directed to pay McNab $11,250 of the Account and to pay Clarence Trennepohl and JoAnne Trennepohl each one-half of the remaining balance of the Account. Interpleader Defendants Clarence and JoAnne Trennepohl, Bonnie McNab and the Estate of Stephen Trennepohl are hereby forever enjoined

- 2 -

and restrained from taking any action or commencing any proceeding against the Plan or Stanley Securities Solutions, Inc. ("Stanley") in relation to the Account and are enjoined from continuing with the prosecution of any action or proceeding reinstated or commenced against the Plan, Stanley, or in relation to the Account.

Accordingly, Final Judgment declaring McNab as the proper recipient of $11,250 of the funds in the Account and the Trennepohls each as the proper recipients of one-half of the remaining balance of the funds in the Account, and enjoining the Interpleader Defendants, is hereby ENTERED. Each party is responsible for their own attorney's fees and costs.

IT IS SO ORDERED  04/25/2006

                                                 SARAH EVANS BARKER, JUDGE
                                                 United States District Court
                                                 Southern District of Indiana

Distribution to:

Bart A. Karwath
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Mark K. Dudley
Howard Deley & Dudley
403 West 8th Street
Anderson, Indiana 46016

Eugene G. Ziobron
E.G. Ziobron & Associates
P.O. Box 4464
Carmel, Indiana 46082

Curtis J. Butcher
Law Offices of Curtis J. Butcher & Associates
8 West Main Street
Carmel, Indiana 46032

INDS02 BAK 799719v1